UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LEOPOLD MILLS,

          Petitioner,

-against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

          Respondent.
---------------------------------------------------------------X

JUDGMENT
03-CV- 0331 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 26, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       June 02, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court